IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Shannon Nicole Lewis, | ) | C/A No.: 3:19-1744-MGL-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Alex Klaus, | ) | |
| Defendant. | ) | |

Shannon Nicole Lewis ("Plaintiff"), proceeding pro se and in forma pauperis, brought this action against her former employer, Alex Klaus, alleging discrimination. This matter is before the court on Plaintiff's motion for appointment of counsel. [ECF No. 5].

There is no right to appointed counsel in civil cases. While the court is granted the power to exercise its discretion to appoint counsel for an indigent in a civil action, 28 U.S.C. § 1915(e)(1); *Smith v. Blackledge*, 451 F.2d 1201 (4th Cir. 1971), such appointment "should be allowed only in exceptional cases." *Cook v. Bounds*, 518 F.2d 779, 780 (4th Cir. 1975). Plaintiff states she cannot afford counsel and has been unsuccessful in retaining counsel. [ECF No. 5 at 1].

After a review of the file, the court finds there are no exceptional or unusual circumstances presented justifying the appointment of counsel, nor would Plaintiff be denied due process if an attorney were not appointed.

*Whisenant v. Yuam*, 739 F.2d 160 (4th Cir. 1984). In most employment discrimination cases, the issues are not complex, and whenever such a case brought by an uncounseled litigant goes to trial, the court outlines proper procedure so the uncounseled litigant will not be deprived of a fair opportunity to present her case. Accordingly, Plaintiff's request for a discretionary appointment of counsel under 28 U.S.C. §1915(e)(1) is denied.

    IT IS SO ORDERED.

June 20, 2019　　　　　　　　　　　　　　　Shiva V. Hodges
Columbia, South Carolina　　　　　　　　　United States Magistrate Judge